No. ——. HAAG ET AL. *v.* JORDAN, SECRETARY OF STATE OF CALIFORNIA, ET AL. D. C. C. D. Cal. Application for temporary injunction, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *David A. Binder* for applicants.

No. ——. SPINDEL *v.* LAVALLEE, WARDEN. Sup. Ct. N. Y. Application for bail, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Patrick M. Wall* for applicant. *Frank S. Hogan* and *Michael R. Juviler* in opposition.

No. 565. DYSON ET AL. *v.* STEIN. Appeal from D. C. N. D. Tex. [Probable jurisdiction noted, 396 U. S. 954.] Motion of *Stanley Fleishman, pro se,* for leave to participate in oral argument as *amicus curiae* denied.

No. 726. MITCHELL ET AL. *v.* DONOVAN, SECRETARY OF STATE OF MINNESOTA, ET AL. Appeal from D. C. Minn. [Probable jurisdiction noted, 396 U. S. 1000.] Motion of appellants to remove case from summary calendar granted and 45 minutes allotted to each side. *Lynn S. Castner* on the motion.

No. 1093. UNITED STATES *v.* PHILLIPSBURG NATIONAL BANK & TRUST CO. ET AL. Appeal from D. C. N. J. [Probable jurisdiction noted, *ante,* p. 933.] Motion of appellees to remove case from summary calendar granted. *Philip L. Roache, Jr.,* on the motion.

No. 420, Misc. NORSWORTHY *v.* FIELD, MEN'S COLONY SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Mark L. Christensen,* Deputy Attorney General, in opposition.